UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

DALLAS JAMES SPARKS,

        Plaintiff,

v.

        Case No. 2:25–cv–7

        Honorable Paul L. Maloney

J. CLARK et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim, under 28 U.S.C. §§ 1915(e)(2) and 1915A(b), and 42 U.S.C. § 1997e(c).

Dated:   March 21, 2025               /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge